RODNEY R. PARKER (4110)
SNOW, CHRISTENSEN & MARTINEAU
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

Dale G. Wills (*Pro Hac Vice*)
Andrew A. Lothson (*Pro Hac Vice*)
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois 60611
dwills@smbtrials.com
alothson@smbtrials.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHAD TOLBERT, an individual, | JUDGMENT OF DISMISSAL WITH PREJUDICE |
| Plaintiff, | |
| | No. 2:14-CV-00447-DB |
| BROOKLYN EDWARDS, an individual, | |
| Intervening Plaintiff, | |
| vs. | |
| REMINGTON ARMS COMPANY, LLC.; SPORTING GOODS PROPERTIES, INC. and E.I. DuPONT DE NEMOUS AND COMPANY, | |
| Defendants. | |

The parties having stipulated and agreed that the above-captioned case may be dismissed, it is hereby:

ORDERED, ADJUDGED AND DECREED that the above-captioned case be, and the same hereby is, dismissed with prejudice and on the merits, the parties to bear their own costs.

DATED this 13th day of November, 2015.

BY THE COURT:

_____
DEE BENSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

3452790

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2015, I electronically filed the foregoing JUDGMENT OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

> JOSEPH W STEELE
> SIEGFRIED & JENSEN
> 5664 S GREEN ST
> SALT LAKE CITY UT 84123
>
> W MARK LANIER
> ALEX J BROWN
> THE LANIER LAW FIRM
> 6810 FM 1960 WEST
> HOUSTON TX 77069
>
> GEOFFREY C. HASLAM
> TYLER V. SNOW
> CHRISTENSEN & JENSEN, P.C.
> 15 W. SO TEMPLE #800
> SALT LAKE CITY UT  84101

              /s/ Rodney R. Parker